FREDERICK BEDFORD, as Executor, etc., Respondent, *v.* THOMAS C. FIELD et al., MILN P. PALMER, Purchaser, Appellant.

(Argued November 30, 1880; decided December 7, 1880.)

*Edmund Coffin, Jr.,* for appellant.

*Wm. Henry Arnoux* for respondent.

AGREE to affirm without opinion.
All concur.
Order affirmed.